**Order entered December 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01272-CR

**SOKHAN SIM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82427-2013**

## ORDER

The Court **REINSTATES** this appeal.

On December 9, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) although appellant's counsel was told by appellant that payment was sent court reporter LaTresta Ginyard at the post office box address provided, Ms. Ginyard did not receive the check; (2) Ms. Ginyard and appellate counsel have communicated and counsel was given a physical address to which he could deliver payment for signature; and (3) Ms. Ginyard can file the record within thirty days of payment receipt.

We **ORDER** appellant to provide this Court, by **MONDAY, DECEMBER 29, 2014**, with written proof that he has made payment to Ms. Ginyard for the reporter's record.

We **ORDER** court reporter LaTresta Ginyard to file the reporter's record within **JANUARY 30, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter LaTresta Ginyard; and to counsel for all parties.

/s/     LANA MYERS
              JUSTICE